| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 1/20/26<br>TIME: 10:15 am |

CASE: **CV 25-3446(GRB)** Nevels v. Transunion et al

TYPE OF CONFERENCE:   MOTION            FTR: 10:16-11:06

APPEARANCES:
  For Plaintiff:   Kareema Nevels (pro se)

  For Defendant: Victor Allaham (Transunion)
          Brenna McGill (Experian)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Other:  Oral argument held. Plaintiff's motion to strike affirmative defenses, DE [53], is denied without prejudice to be renewed at the close of discovery as appropriate, consistent with the colloquy on the record.
Plaintiff's motion to deem requests to admit admitted, DE [60], which is procedural in nature, is denied for the reasons set forth on the record.
With respect to Plaintiff's motion to compel, DE [61], it is denied without prejudice for the reasons set forth on the record. Before the parties refile any motion in this regard, they are ordered to meet and confer in real time, whether by phone or video conference or in person about the documents at issue and see if they can reach an accommodation. If further motion practice is warranted, the discovery requests and responses at issue must be attached and referred to in the motion papers so that the court can address any objections.
Defendant Experian's motion for an extension of time, DE [65], is withdrawn.
As to Plaintiff's motion to compel, DE [70], the motion is denied without prejudice until confidential documents are produced pursuant to a confidentiality order so that Plaintiff has the full universe of documents before any motion is renewed. Again, the parties are ordered to meet and confer by phone or otherwise before any new motion is filed. Going forward all motions will be filed by Defendants in bundled form with a hard copy delivered to chambers.

                    SO ORDERED

                     /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge