**UNITED STATES DISTRICT COURT**         **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE              DATE:  7/28/26
         U.S. MAGISTRATE JUDGE        TIME:   11:00 am

CASE:  **CV 25-3446(GRB) Nevels v. TransUnion et al**
TYPE OF CONFERENCE:   STATUS        FTR: 11:26-11:59

APPEARANCES:
       For Plaintiff:   <u>Kareema Nevels (pro se)</u>

       For Defendant: <u>Victor Allaham</u>
                    <u>Emily Tortora</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒      Other:   Status conference held.  Plaintiff's motion to redact information, DE [88], is granted on consent.  Plaintiff will file with the Court the exhibits at issue with the confidential information redacted so that the Court can order that those exhibits be substituted.

As Plaintiff's motion to compel, DE [74], it is granted as follows, incoming defense counsel for Experian will confirm that all transmission records of the communications underlying this litigation were already produced and identify the bates stamp numbers, and if not previously produced, they will be produced now.  Counsel will serve this response no later than August 28, 2026.

Transunion will file its answer no later than August 4, 2026.  As to documents Plaintiff claims are missing from Transunion's production, Plaintiff will serve a numbered list of what she claims is outstanding on August 4, 2026.  Transunion will respond to the list on September 11, 2026 stating what has already been responded to (identifying the numbered interrogatory response or bates stamp number(s)), providing the information sought, or the basis for any objection(s).  Any related motion to compel will be served on October 2, 2026.  Opposition will be served on October 23, 2026.  On October 24, 2026. Transunion counsel will file all the motion papers and submit a courtesy copy to chambers.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      <u>12/2/26 at 10:00 am</u>    : Status conference

                           SO ORDERED

                           <u>/s/Steven I. Locke</u>
                           STEVEN I. LOCKE
                           United States Magistrate Judge

Case 2:25-cv-03446-GRB-SIL    Document 90    Filed 07/28/26    Page 2 of 2 PageID #: 956